# EXHIBIT "A"

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S .C. § 201, et seq., to recover compensation I am owed by my current employer, Oasis Goodtime Emporium I, Inc. doing business as the "Oasis" and Barbara Holcomb located at 6363 Peachtree Industrial Blvd., Atlanta, GA. 30360.

2. During the past 10 months, I worked as an entertainer at the nightclub commonly known as Oasis I never received an hourly wage or overtime wage and I was required to pay a tip out fee each and every day I worked at Oasis and was subject to various other fines and fees established by my employers.

3. I hereby designate the law firm of Minsk & Associates, LLC and Stephen L. Minsk, Esq. and Harlan Miller, III to represent me in this action.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims, against Oasis Goodtime Emporium I, Inc. doing business as the "Oasis" and Barbara Holcomb.

Date: Oct 9 2013

_____
Tiffany Bromirski