IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIFFANY BROMIRSKI, on behalf of herself and all others similarly situated, | : : : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. : 1:13-CV-3380-JEC-JSA : |
| OASIS GOODTIME EMPORIUM I, INC. and BARBARA HOLCOMB, | : : : |
| Defendants. | : |

### O R D E R

The above-captioned action is before the Court on the Motion to Compel Discovery Responses from Plaintiff Tiffany Bromirski [21] ("Motion to Compel") filed by Defendant Oasis Goodtime Emporium I, Inc. ("Oasis"). Oasis requests that the Court order Plaintiff Bromirski to respond to Defendant's First Interrogatories and First Request for Production of Documents ("Discovery Requests"). Oasis also seeks reasonable attorney's fees incurred in filing the motion.

Oasis filed the Motion to Compel on February 26, 2014. As of this date, Plaintiff Bromirski, who is represented by counsel, has failed to file any response,

indicating that she does not oppose the Motion to Compel.[1] *See* LR 7.1B, NDGa ("Failure to file a response shall indicate that there is no opposition to the motion."). Accordingly, the Motion to Compel [21] is **GRANTED** as unopposed. Plaintiff Bromirski is **ORDERED** to provide full and complete responses to the Defendant's Discovery Requests within **fourteen (14) days** of the entry of this Order.[2]

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Oasis is entitled to recover the reasonable expenses it incurred in filing the Motion to Compel, including attorney's fees. *See* FED. R. CIV. P. 37(a)(5) ("If the motion [to compel discovery] is granted–or if the disclosure or requested discovery is provided after the motion was filed–the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising the conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees."). If Oasis seeks attorney's fees for filing the Motion to Compel, Oasis is **ORDERED** to file, within **fourteen (14) days**

---

[1] After the deadline for filing a response to the Motion to Compel had passed, Plaintiff filed Certificates of Service indicating that she served responses to the Defendant's Discovery Requests on March 25, 2014. *See* Certificates of Service [29][30]. Plaintiff has provided no explanation for the late responses.

[2] As noted, Plaintiff served belated responses to the Discovery Requests on March 25, 2014. *See* note 1, *supra*. Thus, Plaintiff is ordered to respond to the Discovery Requests to the extent that her previous responses were not complete.

of the entry of this Order, an Affidavit in Support of Request for Attorney's Fees setting forth a specific amount requested as attorney's fees incurred in filing the Motion to Compel. Thereafter, within **fourteen (14) days** of service of that affidavit, Plaintiff Bromirski may file a response to the request.

**IT IS SO ORDERED** this 28th day of March, 2014.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE