UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Tiffany Bromirski on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Oasis Goodtime Emporium I, Inc. & Barbara Holcomb,<br><br>Defendants. | CASE NO. 1:13-CV-3380-JEC<br><br>JURY TRIAL DEMANDED |

## CONSENT MOTION

NOW COME the parties and hereby jointly move the Court to stay discovery in the above-referenced action pending the Court's resolution of the two motions for preliminary certification currently pending before the Court. [Doc 17, 28]. The grounds supporting this motion are set forth below.

Plaintiff Tiffany Bromirski filed this action on October 11, 2013. [Doc 1] Thereafter a separate suit was filed alleging virtually identical claims, *Webb et al. v. Oasis Goodtime Emporium, Inc., et al*, Civil Action File No. 1:13-cv-3524-TCB. On March 19, 2014, Judge Batten entered an Order consolidating the two cases before Judge Carnes. [Doc 25]. Two motions for preliminary certification under 29 U.S.C. Sec. 216(b) are currently pending before the Court. [Doc 17 and 28]

At present, the *Bromirski* and *Webb* matters are proceeding along different procedural paths. Under the standard four-month discovery track to which the two cases have been assigned, the discovery period in *Bromirski* expires on April 14, 2014, whereas discovery in the *Webb* matter does not expire until May 17, 2014. In the *Bromirski* matter, the parties have exchanged written discovery requests, but limited to the claims of the named and opt-in plaintiffs. In the *Webb* matter, Defendants served written discovery on April 7, 2014. [Doc 33 to 51] Due, however, to the pendency of the motions for preliminary certification, the parties have been unable to engage in discovery concerning the threshold certification issue of whether there are "similarly situated" persons who would likely join in the case if provided notice. Moreover, while the *Webb* and *Bromirski* cases have been administratively consolidated, it is unclear to the parties which discovery track applies. And, regardless of which discovery track applies, the parties will not be able to complete discovery in the time period originally scheduled, especially if the Court certifies a collective action.

In order to ensure that both cases proceed in an orderly fashion, the parties jointly move the Court to stay discovery pending the Court's resolution of the pending certification motions, and set the following schedule, keyed to a presumed future Order granting preliminary certification of some description:

a) 30 days from date of order granting preliminary certification, Defendant is to provide names, last known addresses and phone numbers, date of birth, last four digits of social security number, and employment dates for all entertainers at Oasis within the three years prior to the date of the Court's Order; additionally, discovery as to all issues will be allowed for a period of sixty (60) days from the Court's Order;

b) 45 days from date of Order granting preliminary certification, notice to be sent to all potential class members;

c) 90 days from date of Order granting preliminary certification, "opt-in" period expires;

d) 120 days from date of Order granting preliminary certification, cut-off date for any motion to "decertify", and

e) 120 days from date of Order, cut-off date for motions for summary judgment.

Establishing a schedule which takes into account the true nature of the case (i.e., a Sec. 216(b) "collective action"), and the fact there is a "lawsuit within a lawsuit", will promote efficient and coordinated utilization of the parties' and the Court's resources.

For the foregoing reasons, the parties respectfully request that the Court stay discovery in both cases pending the Court's resolution of the pending motions for certification and adopt the schedule set forth above.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certify that foregoing has been prepared in Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 11th day of April, 2014.

/s/ *Harlan S. Miller*
Harlan S. Miller
Georgia Bar No. 506709

PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street
Suite 2600
Atlanta, GA 30309
(404) 873-8000
(404) 873-8050 (fax)
hmiller@pcwlawfirm.com

**Consented To:**

Harlan Stuart Miller, III
Parks Chesin &Walbert, P.C.
75 Fourteenth Street, N.E., 26th Floor
Atlanta, GA  30309
hmiller@pcwlawfirm.com

Thomas C. Blaska
The Blaska Law Firm
8565 Dunwoody Place
Atlanta, GA  30350
tomblaska@yahoo.com

W. Anthony Collins, Jr.
Matthew Wilson Herrington
Smith Collins, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA  30350
wanthonycollins@gmail.com
herrington.matthew@gmail.com

Stephen Minsk
Minsk & Associates, LLC
1451 Biltmore Drive, NE
Atlanta, GA  30329
stephenminsk@minsklaw.com
stephen_minsk@yahoo.com

James R. Fletcher II,
Merritt & Fletcher, LLC
1265 West Spring St., Ste. A
Smyrna, GA  30080
jim@merrittfletcher.com

|  | /s/ *Bennet D. Alsher* |
|---|---|
|  | Bennet D. Alsher |
|  | Georgia Bar No. 013682 |
| FORD & HARRISON LLP | balsher@fordharrison.com |
| 271 17th Street, NW |  |
| Suite 1900 |  |
| Atlanta, GA 30363 |  |
| Telephone: (404) 888-3852 |  |
| Facsimile: (404) 832-8702 |  |
|  |  |
|  | Alan I. Begner |
|  | Georgia Bar No. 046975 |
|  | abegner@begnerlaw.com |
|  | Cory G. Begner |
|  | Georgia Bar No. 046980 |
|  | cbegner@begnerlaw.com |
| BEGNER & BEGNER, P.C. |  |
| 5180 Roswell Road |  |
| South Building, Suite 100 |  |
| Atlanta, Georgia 30342 |  |
| Telephone: 404-531-0103 |  |
| Facsimile: 404-531-0107 |  |
|  |  |
|  | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Tiffany Bromirski on behalf of herself and all others similarly situated, | ) ) ) | |
| | ) | CASE NO. 1:13-CV-3380-JEC |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Oasis Goodtime Emporium I, Inc. & Barbara Holcomb, | ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 11, 2014, he served the foregoing **CONSENT MOTION AND PROPOSED ORDER** with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to the following attorneys of record:

Harlan Stuart Miller, III
Parks Chesin &Walbert, P.C.
75 Fourteenth Street, N.E., 26th Floor
Atlanta, GA 30309
hmiller@pcwlawfirm.com

Stephen Minsk
Minsk & Associates, LLC
1451 Biltmore Drive, NE
Atlanta, GA 30329
stephenminsk@minsklaw.com
stephen_minsk@yahoo.com

Thomas C. Blaska
The Blaska Law Firm
8565 Dunwoody Place
Atlanta, GA 30350
tomblaska@yahoo.com

James R. Fletcher II,
Merritt & Fletcher, LLC
1265 West Spring St., Ste. A
Smyrna, GA 30080
jim@merrittfletcher.com

7

W. Anthony Collins, Jr.
Matthew Wilson Herrington
Smith Collins, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
wanthonycollins@gmail.com
herrington.matthew@gmail.com

                                            /s/ *Bennet D. Alsher*
                                            Bennet D. Alsher
                                            Georgia Bar No. 013682

FORD & HARRISON LLP       balsher@fordharrison.com
271 17th Street, NW
Suite 1900
Atlanta, GA 30363
Telephone: (404) 888-3852
Facsimile: (404) 832-8702

                                            Attorney for Defendants

WSACTIVELLP:6713176.1