UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **Tiffany Bromirski on behalf of herself and all others similarly situated,** | ) ) ) | |
| | ) | CASE NO. 1:13-CV-3380-JEC |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| **Oasis Goodtime Emporium I, Inc. & Barbara Holcomb,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ~~PROPOSED~~ CONSENT ORDER

This action is before the Court on the parties' Consent Motion to Stay Discovery. After review and consideration of the parties' Consent Motion, **IT IS HEREBY ORDERED:**

a) 30 days from date of order granting preliminary certification, Defendant is to provide names, last known addresses and phone numbers, date of birth, last four digits of social security number, and employment dates for all entertainers at Oasis within the three years prior to the date of the Court's Order; additionally, discovery as to all issues will be allowed for a period of sixty (60) days from the Court's Order;

      b)     45 days from date of Order granting preliminary certification, notice to be sent to all potential class members;

      c)     90 days from date of Order granting preliminary certification, "opt-in" period expires;

      d)     120 days from date of Order granting preliminary certification, cut-off date for any motion to "decertify", and

      e)     120 days from date of Order, cut-off date for motions for summary judgment.

**IT IS SO ORDERED** this 15th day of April, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

WSACTIVELLP:6713343.1