IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TIFFANY BROMIRSKI and NIA SEYMOUR,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**OASIS GOODTIME EMPORIUM I, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO.:**<br>**1:13-CV-03380-ELR** |

## JOINT MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT

Plaintiffs Tiffany Bromirski ("Bromirski") and Nia Seymour ("Seymour") collectively ("Plaintiffs") and Defendant Oasis Goodtime Emporium I, Inc. ("Defendant"), by and through the undersigned counsel, move this Court for review and approval of their Settlement Agreement and Release of Claims.  As grounds for this Motion, the Parties show the Court as follows:

1.

Bromirski filed her Complaint [Dkt. 1] on October 11, 2013, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. Bromirski filed an Amended Complaint [Dkt. 101] on August 25, 2015, adding Seymour as a party.  The Amended Complaint also alleges violations of the FLSA.

2.

Based upon the understandings and assessments of each party, the Parties, acting at arm's length and in good faith and with the advice of counsel, have negotiated and entered into a Confidential Settlement Agreement and General Release (hereafter "the Agreement").

3.

The Parties represent that the terms set forth in the Agreement represent a compromise between the positions of the parties and that the amount of money allotted to back pay is a fair approximation of Plaintiffs' potential recovery if they prevailed at trial.

4.

Pursuant to <u>Lynn's Food Stores, Inc. v. United State of Am.</u>, 679 F.2d 1350, 1353 (11th Cir. 1982), judicial approval is required to give effect to Plaintiffs' release of their FLSA claims, which is material to the Agreement.

5.

Once the Court approves the Agreement and all payments have been made as set forth in Paragraph 1 of the Agreement, the Parties will file a Stipulation of Dismissal with Prejudice.

6.

Because the Parties have agreed to keep the terms of the Agreement confidential, the Parties will submit a copy of the Agreement directly to chambers for the Court's consideration, along with a courtesy copy of this Motion.

7.

The Parties further request that the Court retain jurisdiction over this matter until all payments have been made as set forth in Paragraph 1 of the Agreement.

WHEREFORE, the Parties respectfully request that this Court review and approve their Settlement Agreement and Release.  For the Court's convenience, a proposed Order granting this Motion is attached hereto as Attachment "A".

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies that this pleading has been prepared in Times New Roman, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 3rd day of November, 2015.

| */s/ Ainsworth G. Dudley*\* | */s/ Bennet D. Alsher* |
|---|---|
| Ainsworth G. Dudley | Bennet D. Alsher |
| Georgia Bar No. 237415 | Georgia Bar No. 013682 |
| adudleylaw@gmail.com | balsher@fordharrison.com |
| Dudley Law | Telephone:  (404) 888-3852 |
| One North Parkway Square | Facsimile:   (404) 832-8702 |
| Suite 200 | |
| 4200 Northside Parkway, N.W. | Patrick L. Ryan |
| Atlanta, Georgia  30327 | Georgia Bar No. 269833 |
| Telephone:  (404) 687-8205 | pryan@fordharrison.com |
| Facsimile:   (404) 237-2150 | Telephone:  (404) 888-3997 |
| | Facsimile:   (404) 888-3863 |
| Harlan S. Miller | FORD & HARRISON LLP |
| Georgia Bar No. 506709 | 271 17th Street, NW, Suite 1900 |
| hmiller@millerlegalpc.com | Atlanta, Georgia  30363 |
| Miller Legal P.C. | |
| 3646 Vineville Avenue | |
| Macon, Georgia  31204 | |
| Telephone:  (478) 216-8529 | |
| Facsimile:  (866) 704-3161 | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |

**\*with express permission**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TIFFANY BROMIRSKI and NIA SEYMOUR,**<br><br>   **Plaintiffs,**<br><br>   v.<br><br>**OASIS GOODTIME EMPORIUM I, INC.,**<br><br>   **Defendant.** | **CIVIL ACTION NO.:**<br>**1:13-CV-03380-ELR** |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 3, 2015, he electronically filed the foregoing **JOINT MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT**, with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to the attorneys of record:

|  |  |
|---|---|
|  | */s/ Bennet D. Alsher* |
|  | Bennet D. Alsher |
|  | Georgia Bar No. 013682 |
|  | balsher@fordharrison.com |
| FORD & HARRISON LLP |  |
| 271 17th Street, NW |  |
| Suite 1900 |  |
| Atlanta, GA  30363 |  |
| Telephone: (404) 888-3852 |  |
| Facsimile:  (404) 832-8702 |  |
|  | Attorney for Defendant |

WSACTIVELLP:8018061.1