IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIFFANY BROMIRSKI and NIA SEYMOUR,

      Plaintiffs,

  v.

OASIS GOODTIME EMPORIUM I, INC.,

      Defendant.

CIVIL ACTION NO.:
1:13-CV-03380-ELR

## ORDER

The above-styled case is before the Court on the parties' Joint Motion for Review and Approval of Settlement and Release Agreement. The parties have requested that the Court review and approve their proposed Settlement Agreement because it includes a release of claims arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq*. The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the parties' dispute. Accordingly, the parties' Joint Motion (Doc. No. 109) is **GRANTED** and their Settlement Agreement and Release is **APPROVED**. This Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement have been complied with.

Additionally, the parties request that the confidential Settlement Agreement and Release remain under seal because there is a pending collective action against the same Defendants, and if the Settlement Agreement in this case is made public, it may compromise the Defendants' position in the collective action.  Although there is strong support that FLSA settlement agreements should never be sealed, see <u>Dees v. Hydradry, Inc.</u>, 706 F. Supp. 2d 1227, 1244-46 (M.D. Fla. 2010), the Court finds that the reasons ariculated by the parties for sealing the Settlement Agreement outweigh the public's interest in this particular case and the seal is narrowly tailored.  <u>See id.</u>  Accordingly, the Court **GRANTS** the parties' request to seal the Settlement Agreement and **DIRECTS** the Clerk to file the Confidential General Release and Settlement Agreement under seal.

**SO ORDERED**, this 13th day of November, 2015.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE